UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL   DIVISION

FILED
December 18, 1986
William F. Clayton
                    Clerk
CLM

-------------------------------------------------

ALBERTA BLACK BULL, DALE HALE, LILLIAN
WHITE WOLF, ELSIE SLIDES OFF, RAYMOND
ROACH, AND TRUE V. CLOWN, SR., Individually
and on behalf of all others similarly
situated,

                    Plaintiffs

vs.

DUPREE SCHOOL DISTRICT, No. 64-2, South
Dakota; BONNIE MITCHELL, RAYMOND LENK,
CHARLIE BROOKS, JANIE DAVIS, WILLIAM MARPLE,
JR., Individually and in their capacities
as members of the Dupree School Board,
South Dakota; CONNIE ALSPACH, Individually
and in her official capacity as Business
Manager of the Dupree School District,
South Dakota; and LUCILLE FAIRBANKS,
Individually and in her official
capacity as Ziebach County Auditor,

                    Defendants.

CIV. 86-3012

ORDER

Page 153

-------------------------------------------------

     Pursuant to the Court's Memorandum Opinion filed this date, it
is

     ORDERED that the sum of $9,327.94 in attorney's fees shall be
paid by the defendants to plaintiffs in the above action.

     Dated this  18  day of December, 1986.

                              BY THE COURT:

                              DONALD J. PORTER
                              _____
                              CHIEF JUDGE

ATTEST:  WILLIAM F. CLAYTON, CLERK

BY:  _____CAROL L. MERRILL_____
                    Deputy

     (SEAL OF COURT)